| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Killeen Diesel Service, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   **26-3251876**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2305 S. Ft. Hood St.** | |
| **Killeen, TX 76542** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bell** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **Killeen Diesel Service, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 31, 2017**
MM / DD / YYYY

X **/s/ Barcley Houston**
Signature of authorized representative of debtor

**Barcley Houston**
Printed name

Title **Authorized Representative for Killeen Diesel Service, LLC**

**18. Signature of attorney**

X **/s/ William B. Kingman**
Signature of attorney for debtor

Date **May 31, 2017**
MM / DD / YYYY

**William B. Kingman**
Printed name

**Law Offices of William B. Kingman, PC**
Firm name

**3511 Broadway**
**San Antonio, TX 78209**
Number, Street, City, State & ZIP Code

Contact phone **(210) 829-1199**     Email address **bkingman@kingmanlaw.com**

**11476200**
Bar number and State

**Fill in this information to identify the case:**

Debtor name       **Killeen Diesel Service, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 31, 2017**          X **/s/ Barcley Houston**
                                          Signature of individual signing on behalf of debtor

                                          **Barcley Houston**
                                          Printed name

                                          **Authorized Representative for Killeen Diesel Service, LLC**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Killeen Diesel Service, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265 | | Credit card purchases | | | | $24,554.01 |
| First Call/O'Reillys PO Box 9464 Springfield, MO 65801 | | Trade debt | | | | $5,837.89 |
| Friend Tire Company 11 Industrial Dr. Monett, MO 65708 | | Trade debt | | | | $3,716.60 |
| Cintas PO Box 650838 Dallas, TX 75265 | | Trade debt | | | | $1,231.26 |
| Todco 1295 E. Fairground Rd. Marion, OH 43302 | | Trade debt | | | | $764.74 |
| Affiliated Auto Glass 2125 S. Valley Mills Dr. Waco, TX 76706 | | Trade debt | | | | $610.00 |
| Safety-Kleen Systems, Inc. 2600 N. Central Expressway Ste. 200 Richardson, TX 75080 | | Trade debt | | | | $367.30 |
| NAPA Auto Parts PO Box 848033 Dallas, TX 75284 | | Trade debt | | | | $306.26 |
| ACH Pest & Termite 6625 Brooks Dr. Temple, TX 76502 | | Trade debt | | | | $227.34 |
| Killeen Welding 2601 S. Ft. Hood St. Killeen, TX 76542 | | Trade debt | | | | $201.21 |

| Debtor | Killeen Diesel Service, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Automotive Expert Real-Time Labor Guide**<br>PO Box 21728<br>Tampa, FL 33622 | | **Trade debt** | | | | $195.00 |
| **Autozone**<br>PO Box 791409<br>Baltimore, MD 21279-1409 | | **Trade debt** | | | | $181.50 |
| **American Fire & Safety, Inc.**<br>3310 E. Adams<br>Temple, TX 76501 | | **Trade debt** | | | | $169.58 |
| **Guardian**<br>PO Box 677458<br>Dallas, TX 75267 | | **Insurance** | | | | $132.83 |
| **Longhorn International**<br>6043 N Generall Bruce Dr.<br>Temple, TX 76501 | | **Trade debt** | | | | $115.49 |
| **Century Link**<br>PO Box 2961<br>Phoenix, AZ 85062 | | **Utilities** | | | | $109.42 |
| **Goode Towing**<br>5209 S. Ft. Hood St.<br>Killeen, TX 76542 | | **Trade debt** | | | | $100.00 |
| **Truck Motive**<br>PO Box 124<br>Waco, TX 76703 | | **Trade debt** | | | | $71.66 |
| **Thom Kar**<br>1008 Illinois Ave.<br>Killeen, TX 76541 | | **Trade debt** | | | | $36.00 |
| **TXTag**<br>PO Box 650749<br>Dallas, TX 75265 | | **Trade debt** | | | | $2.70 |

# United States Bankruptcy Court
## Western District of Texas

In re  **Killeen Diesel Service, LLC**                             Case No.
                          Debtor(s)                                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Escondido Ventures, LLC**<br>**2305 S. Ft. Hood St.**<br>**Killeen, TX 76542** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative for Killeen Diesel Service, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **May 31, 2017**                             Signature  **/s/ Barcley Houston**
                                                              **Barcley Houston**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re  **Killeen Diesel Service, LLC**  Case No.
Debtor(s)  Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative for Killeen Diesel Service, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 31, 2017**  **/s/ Barcley Houston**
**Barcley Houston**/**Authorized Representative for Killeen Diesel Service, LLC**
Signer/Title

ACH Pest & Termite
6625 Brooks Dr.
Temple, TX 76502


Affiliated Auto Glass
2125 S. Valley Mills Dr.
Waco, TX 76706


Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207


American Express
PO Box 650448
Dallas, TX 75265


American Fire & Safety, Inc.
3310 E. Adams
Temple, TX 76501


Automotive Expert
Real-Time Labor Guide
PO Box 21728
Tampa, FL 33622


Autozone
PO Box 791409
Baltimore, MD 21279-1409


Bell County Tax Assessor Collector
Belton Courthouse Annex
550 E. 2nd Ave.
Belton, TX 76513


Centex Moving & Storage, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Century Link
PO Box 2961
Phoenix, AZ 85062

Cintas
PO Box 650838
Dallas, TX 75265


Colorado Dept of Labor & Employment
PO Box 8789
Denver, CO 80201


Cordell & Co. Insurance
PO Box 12129
Fort Worth, TX 76110


Debbie Teague
HQ Military SDDC
Traffic Management Specialist
Personal Property QA Division
Scott Air Force Base, IL 62225


Dept of Defense
Office of the Judge Advocate General
9053 First St
Suite 102
Norfolk, VA 23511


El Paso County Treasurer
PO Box 2018
Colorado Springs, CO 80901


Escondido Ventures, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


First Call/O'Reillys
PO Box 9464
Springfield, MO 65801


Friend Tire Company
11 Industrial Dr.
Monett, MO 65708


Goode Towing
5209 S. Ft. Hood St.
Killeen, TX 76542

Guardian
PO Box 677458
Dallas, TX 75267


IBTX Risk Services
10101 Reunion Place
Ste. 100
San Antonio, TX 78216


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711


John J. Rockey dba Rockey Enterprises
19203 Grey Bluff Cove
San Antonio, TX 78258


Judson ISD
8012 Shin Oak Dr.
Live Oak, TX 78233


Killeen Budget Movers, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Killeen Welding
2601 S. Ft. Hood St.
Killeen, TX 76542


Longhorn International
6043 N Generall Bruce Dr.
Temple, TX 76501


Luttrell + Carmody
One International Centre
101 NE Loop 410, Ste. 615
San Antonio, TX 78216

NAPA Auto Parts
PO Box 848033
Dallas, TX 75284


Rockey's Moving & Storage, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Rockey's Van Lines, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Ronald Hornberger
Plunkett, Griesenbeck & Mimari, Inc.
1635 NE Loop 410, Ste. 900
San Antonio, TX 78209


Ruslaan Nationwide Budget Movers, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Safety-Kleen Systems, Inc.
2600 N. Central Expressway
Ste. 200
Richardson, TX 75080


SDDC
1 Soldier Way
Room 3129
Scott Air Force Base, IL 62225-5006


Tax Appraisal District of Bell County
PO Box 390
Belton, TX 76513


Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 13528
Austin, TX 78711-3528


Texas Dept of Motor Vehicles
2203 Austin Ave,
Waco, TX 76701

Texas Dept of Transportation
2203 Austin Ave.
Waco, TX 76701


Texas Relocation Systems, LLC
2305 S. Ft. Hood St.
Killeen, TX 76542


Texas Workforce Commission
TWC Builing - Regulatory Integrity Divis
101 E. 15th Street
Austin, TX 78778-0001


The Bank of San Antonio
8000 IH 10 W
Suite 1100
San Antonio, TX 78230


Thom Kar
1008 Illinois Ave.
Killeen, TX 76541


Todco
1295 E. Fairground Rd.
Marion, OH 43302


Truck Motive
PO Box 124
Waco, TX 76703


TXTag
PO Box 650749
Dallas, TX 75265


United States Attorney General
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530


United States Dept of Justice
601 NW Loop 410, Suite 600
San Antonio, TX 78216

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701

US Dept of Labor - Wage & Hour
1155 Kelly Johnson Blvd
Ste. 306
Colorado Springs, CO 80920

# United States Bankruptcy Court
## Western District of Texas

In re  **Killeen Diesel Service, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Killeen Diesel Service, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Escondido Ventures, LLC**  
**2305 S. Ft. Hood St.**  
**Killeen, TX 76542**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 31, 2017** | **/s/ William B. Kingman** |
| Date | **William B. Kingman** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Killeen Diesel Service, LLC** |
| | **Law Offices of William B. Kingman, PC** |
| | **3511 Broadway** |
| | **San Antonio, TX 78209** |
| | **(210) 829-1199 Fax:(210) 821-1114** |
| | **bkingman@kingmanlaw.com** |